1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  CLAUDIA A. QUIROZ (CABN 254419)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone:    (415) 436-7428
7    Facsimile:    (415) 436-7027
     claudia.quiroz@usdoj.gov
8
9  Attorneys for United States of America

10               UNITED STATES DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA
12                   OAKLAND DIVISION
13

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-MJ-71548-MAG |
| Plaintiff, | STIPULATED MOTION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME UNDER SPEEDY TRIAL ACT TO MAY 29, 2015 |
| v. | |
| JOSEPH EDWARD CONNER, | |
| Defendant. | |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary hearing date for Defendant Joseph Conner to May 29, 2015, at 9:30 a.m. before the Honorable Kandis A. Westmore. Counsel for the defendant believes that postponing the preliminary hearing is in his client's best interest and that it is not in his client's best interest for the United States to present an

CASE NO. 14-MJ-71548-MAG
STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT

1

1  indictment before the current May 4, 2015 preliminary hearing date.  The parties agree that, taking into
2  account the public interest in prompt disposition of criminal cases, good cause exists for this extension.
3       Defendant also agrees to toll and to waive for this period of time any time limits applicable under
4  Title 18, United States Code, Section 3161.  The parties agree and stipulate that, having been recently
5  retained in this matter, defense counsel needs time to further investigate this matter, review discovery,
6  and confer with the defendant, and that an exclusion of time under the Speedy Trial Act for effective
7  preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  Undersigned
8  defense counsel represents that he has spoken with his client, and that Mr. Conner agrees to the
9  continuance and to time being tolled and waived as requested.
10      IT IS SO STIPULATED.

Respectfully submitted,

DATED:  April 20, 2015

MELINDA HAAG
United States Attorney

_____/s/_____
CLAUDIA A. QUIROZ
Assistant United States Attorney

_____/s/_____
MICHAEL HINCKLEY
Attorney for Joseph Edward Conner

IT IS SO ORDERED.

DATED:  __4/22/15_____

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

CASE NO. 14-MJ-71548-MAG
STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING
OR ARRAIGNMENT

2

<u>Attestation of Filer</u>

In addition to myself, the other signatory to this document is Michael Hinckley.  I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: April 20, 2015 _____/s/_____
CLAUDIA A. QUIROZ
Assistant United States Attorney

CASE NO. 14-MJ-71548-MAG
STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT